# EXHIBIT 3

**Abiomed, Inc. Loss Chart**
**Class Period: January 31, 2019 through July 31, 2019**

**Lookback Price**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 188.5584 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Council, Terry | 7/1/2019 | 300 | ($271.6930) | ($81,507.9000) | 8/9/2019 | 600 | $190.1245 | $114,074.7000 | | | | |
| | 7/10/2019 | 300 | ($259.0000) | ($77,700.0000) | | | | | | | | |
| | | 600 | | ($159,207.9000) | | 600 | | $114,074.7000 | 0 | $0.00 | ($45,133.2000) | |