**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KYLE VILLARE, Individually and On Behalf of All Others Similarly Situated, | No. 1:19-cv-07319-ER |
| Plaintiff, | Judge Edgardo Ramos |
| | CLASS ACTION |
| v. | |
| ABIOMED, INC., MICHAEL R. MINOGUE, and TODD A. TRAPP, | ORAL ARGUMENT REQUESTED |
| Defendants. | |
| JOSEPH BARRY, Individually and on Behalf of All Others Similarly Situated, | No. 1:19-cv-09258 |
| Plaintiff, | |
| v. | |
| ABIOMED, INC.; MICHAEL R. MINOGUE; and TODD A. TRAPP, | |
| Defendants. | |

**MOTION OF LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Proposed Lead Plaintiff Local 705 International Brotherhood of Teamsters Pension Fund ("Local 705") respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Local 705 as Lead Plaintiff on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired ABIOMED, Inc. securities between November 1, 2018 and July 31, 2019, both dates inclusive (the "Class Period"); (iii) approving Local 705's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Local 705 is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Local 705 has the "largest financial interest" in the relief sought by the Class in this action.  Local 705 also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims, and because Local 705 will fairly and adequately represent the Class.  Further, Local 705 is the paradigmatic Lead Plaintiff envisioned by Congress in enacting the PSLRA because it is a sophisticated institutional investor with a substantial financial stake in the litigation that will provide effective monitoring and supervision of counsel.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Local 705 respectfully requests that the Court grant its motion and enter an Order: (i) consolidating the above-captioned actions; (ii) appointing Local 705 as Lead Plaintiff; (iii) approving Local 705's selection of Labaton Sucharow as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

DATED:  October 7, 2019

Respectfully submitted,

/s/ Francis P. McConville

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff Movant Local 705*
*International Brotherhood of Teamsters Pension Fund,*
*and Proposed Lead Counsel for the Class*

2