**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KYLE VILLARE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ABIOMED, INC., MICHAEL R. MINOGUE, and TODD A. TRAPP, <br><br> Defendants. | No. 1:19-cv-07319-ER <br><br> Judge Edgardo Ramos <br><br> <u>CLASS ACTION</u> <br><br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| JOSEPH BARRY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ABIOMED, INC.; MICHAEL R. MINOGUE; and TODD A. TRAPP, <br><br> Defendants. | No. 1:19-cv-09258 |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF**
**LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION**
**FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am Of Counsel at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Local 705 International Brotherhood of Teamsters Pension Fund ("Local 705") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Local 705 as Lead Plaintiff on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired ABIOMED, Inc. securities between November 1, 2018 and July 31, 2019, both dates inclusive (the "Class Period"); (iii) approving Local 705's selection of Labaton Sucharow as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Local 705, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss analysis for Local 705;

EXHIBIT C:   Notice of pendency of *Villare v. ABIOMED, Inc.*, No. 19-cv-07319 (S.D.N.Y.), published on August 6, 2019; and

EXHIBIT D:   Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  October 7, 2019                                     Respectfully submitted,

                                                                               */s/ Francis P. McConville*

                                                                               **LABATON SUCHAROW LLP**
                                                                               Francis P. McConville

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
fmcconville@labaton.com