# Exhibit A

## CERTIFICATION

I, Jack Witt, as Fund Administrator of Local 705 International Brotherhood of Teamsters Pension Fund ("Local 705"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Local 705.  I have reviewed a Complaint filed against ABIOMED, Inc. ("ABIOMED") alleging violations of the federal securities laws and authorize the filing of a motion for lead plaintiff appointment;

2.      Local 705 did not purchase securities of ABIOMED at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Local 705 is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Local 705 fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Local 705's transactions in ABIOMED securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      Local 705 sought to serve as a representative party but not as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*Local 705 International Brotherhood of Teamstrs Pension Fundl v. Diamond Resorts International, Inc.*, No. 2:18-cv-1355 (D. Nev.)

6.      Beyond its pro rata share of any recovery, Local 705 will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __4 th__ day of October, 2019.

Jack Witt
Fund Administrator
*Local 705 International Brotherhood of Teamsters Pension Fund*

**EXHIBIT A**

**TRANSACTIONS IN ABIOMED, INC.**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 02/11/19 | 172.00 | $354.05 | ($60,895.74) |
| Purchase | 02/11/19 | 278.00 | $353.52 | ($98,279.89) |
| Purchase | 02/12/19 | 398.00 | $357.50 | ($142,285.80) |
| Purchase | 02/20/19 | 551.00 | $359.45 | ($198,054.91) |
| Purchase | 02/21/19 | 276.00 | $359.12 | ($99,116.98) |
| Purchase | 03/18/19 | 439.00 | $331.58 | ($145,563.05) |
| Purchase | 03/19/19 | 248.00 | $338.79 | ($84,019.23) |
| Purchase | 03/19/19 | 22.00 | $334.23 | ($7,353.02) |
| Purchase | 03/19/19 | 15.00 | $332.96 | ($4,994.39) |
| Purchase | 03/20/19 | 24.00 | $341.91 | ($8,205.91) |
| Purchase | 03/26/19 | 194.00 | $286.58 | ($55,596.77) |
| Sale | 05/16/19 | -167.00 | $263.56 | $44,014.84 |
| Purchase | 05/24/19 | 451.00 | $271.47 | ($122,434.46) |
| Purchase | 06/26/19 | 75.00 | $251.60 | ($18,869.73) |