# Exhibit B

**LOSS ANALYSIS**
**Class Period: 11/1/2018 to 7/31/2019**

**Abiomed, Inc.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|--------|-------|-------|------|----------------|
| ABMD | 003654100 | 2003698 | US0036541003 | $188.0602 [1] |

**Local 705 International Brotherhood of Teamsters Pension Fund**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|------------------|------------|--------|-----------------|---------------|
| Open | 11/01/18 | 0 | | |
| | | | | |
| Purchase | 01/24/19 | 1,579 | $347.2986 | ($548,384.49) |
| Purchase | 01/24/19 | 20 | $342.5040 | ($6,850.08) |
| Purchase | 01/24/19 | 57 | $342.0337 | ($19,495.92) |
| Purchase | 02/11/19 | 172 | $354.0450 | ($60,895.74) |
| Purchase | 02/11/19 | 278 | $353.5248 | ($98,279.89) |
| Purchase | 02/12/19 | 398 | $357.5020 | ($142,285.80) |
| Purchase | 02/20/19 | 551 | $359.4463 | ($198,054.91) |
| Purchase | 02/21/19 | 276 | $359.1195 | ($99,116.98) |
| Purchase | 03/18/19 | 439 | $331.5787 | ($145,563.05) |
| Purchase | 03/19/19 | 248 | $338.7872 | ($84,019.23) |
| Purchase | 03/19/19 | 22 | $334.2282 | ($7,353.02) |
| Purchase | 03/19/19 | 15 | $332.9593 | ($4,994.39) |
| Purchase | 03/20/19 | 24 | $341.9129 | ($8,205.91) |
| Purchase | 03/26/19 | 194 | $286.5813 | ($55,596.77) |
| Purchase | 05/24/19 | 451 | $271.4733 | ($122,434.46) |
| Purchase | 06/26/19 | 75 | $251.5964 | ($18,869.73) |
| **Class Period purchases:** | | **4,799** | | **($1,620,400.37)** |
| | | | | |
| Sale | 05/16/19 | -167 | $263.5619 | $44,014.84 |
| **Class Period sales (matched to Class Period purchases):** | | **-167** | | **$44,014.84** |
| | | | | |
| | Shares Held: | 4,632 | $188.0602 | $871,094.90 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($705,290.63)** |
| **Total Shares Bought:** | **4,799** |
| **Total Net Shares:** | **4,632** |
| **Total Net Expenditures:** | **($1,576,385.53)** |

[1] *Value of shares held is the mean trading price from 8/1/2019 to 10/7/2019.*

**LOSS ANALYSIS**
**Class Period: 1/31/2019 to 7/31/2019**

**Abiomed, Inc.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| ABMD | 003654100 | 2003698 | US0036541003 | $188.0602 [1] |

**Local 705 International Brotherhood of Teamsters Pension Fund**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
| Open | 01/31/19 | 1,656 | | |
| | | | | |
| Purchase | 02/11/19 | 172 | $354.0450 | ($60,895.74) |
| Purchase | 02/11/19 | 278 | $353.5248 | ($98,279.89) |
| Purchase | 02/12/19 | 398 | $357.5020 | ($142,285.80) |
| Purchase | 02/20/19 | 551 | $359.4463 | ($198,054.91) |
| Purchase | 02/21/19 | 276 | $359.1195 | ($99,116.98) |
| Purchase | 03/18/19 | 439 | $331.5787 | ($145,563.05) |
| Purchase | 03/19/19 | 248 | $338.7872 | ($84,019.23) |
| Purchase | 03/19/19 | 22 | $334.2282 | ($7,353.02) |
| Purchase | 03/19/19 | 15 | $332.9593 | ($4,994.39) |
| Purchase | 03/20/19 | 24 | $341.9129 | ($8,205.91) |
| Purchase | 03/26/19 | 194 | $286.5813 | ($55,596.77) |
| Purchase | 05/24/19 | 451 | $271.4733 | ($122,434.46) |
| Purchase | 06/26/19 | 75 | $251.5964 | ($18,869.73) |
| **Class Period purchases:** | | **3,143** | | **($1,045,669.88)** |
| | | | | |
| Sale | 05/16/19 | -167 | $263.5619 | $44,014.84 |
| **Class Period sales (matched to Class Period purchases):** | | **-167** | | **$44,014.84** |
| | | | | |
| | Shares Held: | 2,976 | $188.0602 | $559,667.19 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($441,987.85)** |
| **Total Shares Bought:** | **3,143** |
| **Total Net Shares:** | **2,976** |
| **Total Net Expenditures:** | **($1,001,655.04)** |

[1] *Value of shares held is the mean trading price from 8/1/2019 to 10/7/2019.*