**Exhibit C**

*Source:* Pomerantz LLP

*August 06, 2019 17:29 ET*

## Pomerantz Law Firm Announces the Filing of a Class Action against ABIOMED, Inc. and Certain Officers – ABMD

NEW YORK, Aug. 06, 2019 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against ABIOMED, Inc. ("ABIOMED" or the "Company") (NASDAQ:  ABMD) and certain of its officers.   The class action, filed in United States District Court, for the Southern District of New York, and indexed under 19-cv-07319, is on behalf of a class consisting of all persons and entities who purchased or otherwise acquired the publicly traded securities of ABIOMED between January 31, 2019 through July 31, 2019, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased ABIOMED securities during the class period, you have until, October 7, 2019, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at rswilloughby@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

ABIOMED was founded in 1981 and is headquartered in Danvers, Massachusetts.  The Company engages in the research, development, and sale of medical devices to assist or replace the pumping function of the failing heart, and also provides continuum of care to heart failure patients.

ABIOMED offers, among other things, catheters and micro heart pumps under the Impella brand with integrated motors and sensors for use in interventional cardiology.  The Company sells its products through direct sales and clinical support personnel in the United States, Canada, Europe, and Asia.

The complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that:  (i) ABIOMED's revenue growth was in decline; (ii) the Company did not have a sufficient plan in place to stem its declining revenue growth;  (iii) the Company was unlikely to restore its revenue growth over the next several fiscal quarters; (iv) consequently, ABIOMED was reasonably likely to revise its full-year 2020 guidance in a way that would fall short of the Company's prior projections and market expectations; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

On August 1, 2019, pre-market, Defendants issued a press release announcing ABIOMED's financial and operating results for the first quarter of fiscal year 2020 (the "1Q 2020 Press Release").  Among other results, the 1Q 2020 Press Release disclosed ABIOMED's third consecutive quarter of slowing revenue growth, reporting "first-quarter fiscal 2020 revenue of $207.7 million, an increase of 15.4% compared to revenue of $180.0 million for the same period of fiscal 2019".  This represented a significant decrease in revenue growth from 2Q 2019.  Commenting on the Company's surprising financial result disappointment, the Company's Chairman, President, and CEO, Defendant Michael R.

Case 1:19-cv-07319-ER    Document 15-3    Filed 10/07/19    Page 3 of 3

Minogue ("Minogue"), revealed that the Company's "new training programs, organizational changes in distribution, and [] external initiatives… will require time to drive more growth in the future".

The Company also slashed its previously issued full-year 2020 guidance from total revenues in the range of $900-945 million to total revenues in the range of $885-925 million, which fell roughly $22 million short of market expectations.

Following the Company's disclosure of its 1Q 2020 financial performance and revised guidance, *Investor's Business Daily* published an article raising concern with Defendant Minogue's prior public statements, titled: "This Medtech's CEO Promised To 'Correct The Course' — That Didn't Happen".

On this news, ABIOMED's stock price fell $73.69 per share, or 26.45%, to close at $204.87 per share on August 1, 2019.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com