**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KYLE VILLARE, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    v.<br><br>ABIOMED, INC.; MICHAEL R. MINOGUE; and TODD A. TRAPP,<br><br>     Defendants. | Case No. 1:19-cv-7319-ER |
| JOSEPH BARRY, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    v.<br><br>ABIOMED, INC.; MICHAEL R. MINOGUE; and TODD A. TRAPP,<br><br>     Defendants. | Case No. 1:19-CV-9258 |

**JOSEPH BARRY'S MOTION FOR CONSOLIDATOION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

Putative class member and Lead Plaintiff movant Joseph Barry ("Barry" or "Movant"), by and through his undersigned counsel, will, and hereby does, respectfully move this Court, on a date and at such time as may be designated by the Court, for an Order, submitted herewith: (1) consolidating the above-captioned cases; (2) appointing Barry as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§78u-4, *et seq*.; (3) approving Barry's

selection of the law firm of Scott+Scott Attorneys at Law LLP to serve as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is supported by the accompanying Memorandum of Law in support hereof; the Declaration of Thomas L. Laughlin, IV in support hereof, and the exhibits attached thereto; all of the prior pleadings and proceedings filed herein; and such other written and oral argument as may be presented to the Court.

DATED:  October 7, 2019

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 *s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (TL-8888)
Rhiana L. Swartz (RS-2332)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Proposed Lead Counsel for Lead Plaintiff Movant Joseph Barry*

**THE SCHALL LAW FIRM**
Brian Schall
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile:  310-388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant Joseph Barry*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (TL-8888)
