**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KYLE VILLARE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-cv-7319-ER |
| Plaintiff, | |
| v. | |
| ABIOMED, INC.; MICHAEL R. MINOGUE; and TODD A. TRAPP, | |
| Defendants. | |
| JOSEPH BARRY, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:19-CV-9258 |
| Plaintiff, | |
| v. | |
| ABIOMED, INC.; MICHAEL R. MINOGUE; and TODD A. TRAPP, | |
| Defendants. | |

**DECLARATION OF THOMAS L. LAUGHLIN, IV, IN SUPPORT OF**
**JOSEPH BARRY'S MOTION FOR CONSOLIDATION, APPOINTMENT AS**
**LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, pursuant to 28 U.S.C. §1746, declare as follows:

1.    I am a partner with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), proposed Lead Counsel for putative class member and Lead Plaintiff movant Joseph Barry ("Barry" or "Movant").

2.    I make this declaration in support of Barry's motion for consolidation of the above-captioned actions, appointment as Lead Plaintiff, and approval of his selection of Scott+Scott as

Lead Counsel.  I have personal knowledge of the matters stated herein and if called upon, I could, and would, competently testify thereto.

3.      Attached hereto are true and correct copies of the following:

Exhibit A:    Notice published on August 6, 2019, via *GlobeNewswire*;

Exhibit B:    Movant's Certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit C:    Movant's Loss Chart; and

Exhibit D:    Scott+Scott's Firm Résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of October, 2019 at New York, New York.

*s/ Thomas L. Laughlin, IV*
THOMAS L. LAUGHLIN, IV

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 7, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (TL-8888)
