# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Joseph Barry, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

1.      I have reviewed a Complaint against Abiomed, Inc. ("ABMD" or the "Company") and authorize the filing of a comparable complaint on my behalf.

2.      I did not purchase or acquire ABMD securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities or Exchange Acts.

3.      I am willing to serve as a representative party on behalf of a class of investors who purchased or acquired ABMD securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

4.      To the best of my current knowledge, the attached sheet ("Schedule A") lists all of my transactions in ABMD securities during the Class Period, as specified in the Complaint.

5.      During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

6.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this day of _____10/4/2019_____.

DocuSigned by:

*Joseph Barry*
6E218180486C446...

Joseph Barry

# Schedule A

**ABIOMED INC**                                    **Ticker:**  **ABMD**          **Cusip:**   **003654100**

Class Period: 11/01/2018 to 07/31/2019

**Joseph Barry**

|              | DATE       | SHARES | PRICE    |
|--------------|------------|--------|----------|
| **Purchases:** | 12/21/2018 | 855    | $290.28  |
|              | 12/27/2018 | 157    | $303.13  |
|              | 12/27/2018 | 313    | $303.03  |
|              | 1/02/2019  | 12     | $314.78  |
|              | 1/02/2019  | 320    | $315.02  |
|              | 4/18/2019  | 627    | $249.71  |