# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 11/01/2018 to 07/31/2019**

**ABIOMED INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| **ABMD** | **003654100** | **2003698** | **US0036541003** | **$188.06021 *** |

**Joseph Barry**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 12/21/2018 | 855 | $290.28 | -$248,189.40 |
| Purchase | 12/27/2018 | 157 | $303.13 | -$47,591.41 |
| Purchase | 12/27/2018 | 313 | $303.03 | -$94,848.39 |
| Purchase | 1/02/2019 | 12 | $314.78 | -$3,777.36 |
| Purchase | 1/02/2019 | 320 | $315.02 | -$100,806.40 |
| Purchase | 4/18/2019 | 627 | $249.71 | -$156,568.17 |
| **Class Period purchases:** | | **2,284** | | **-$651,781.13** |
| | LIFO Retained Purchases: | 2,284 | $188.06021 | $429,529.53 |

**\* Value of retained shares is the mean trading price from 08/01/2019 to 10/7/2019**        **LIFO Gain/(Loss):    -$222,251.60**