**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KYLE VILLARE, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ABIOMED, INC., MICHAEL R. MINOGUE, and TODD A. TRAPP,<br><br>Defendants. | No. 1:19-cv-07319-ER<br><br>**NOTICE OF BABAK BAMDAD'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, Babak Bamdad ("Bamdad") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing Bamdad as Lead Plaintiff in the action; (2) approving Bamdad's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.[1]

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Richard W. Gonnello and exhibits filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Bamdad respectfully requests that the Court (1) appoint Bamdad as Lead Plaintiff pursuant to the PSLRA; (2) approve Faruqi & Faruqi, LLP as Lead Counsel for the putative Class; and (3) grant such other and further relief as the Court may deem just and proper.

Dated:  October 7, 2019

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:      */s/ Richard W. Gonnello*
       Richard W. Gonnello

Richard W. Gonnello
Sherief Morsy
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331

---

[1]    Rule 2.A.ii of the Individual Practices of the Court requires a pre-motion conference before making a motion.  Due to the PSLRA's lead plaintiff procedure, however, Bamdad will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions.  Under these circumstances, Bamdad respectfully requests that the pre-motion conference requirement under Rule 2.A.ii be waived.

1

E-mail: rgonnello@faruqilaw.com
smorsy@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Babak Bamdad and [Proposed] Lead Counsel for the putative Class*

2