# EXHIBIT 3

| | |
|---|---|
| **Losses in:** | Abiomed, Inc. |
| **90-Day Price:** | $188.0602 (as of 10/07/2019) |
| **Class Period:** | 01/31/2019 - 07/31/2019 |
| **Investor:** | Babak Bamdad |


**FARUQI & FARUQI** LLP

| | | OPEN TRANSACTIONS | | | | | | | CLOSE TRANSACTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Quantity | Price | Total | | Transaction | Security | Date | Quantity | Price | Total | | Matched Loss |
| Purchase | Common Stock | 02/19/2019 | 1,000 | $358.2289 | $358,228.9000 | | | | | | | | | |
| | | | | | | | Sale | Common Stock | 02/19/2019 | (1,000) | $360.9995 | ($360,999.5000) | | ($2,770.6000) |
| Purchase | Common Stock | 02/22/2019 | 1,000 | $352.8485 | $352,848.5000 | | | | | | | | | |
| Purchase | Common Stock | 02/26/2019 | 500 | $345.5296 | $172,764.8000 | | | | | | | | | |
| Purchase | Common Stock | 03/04/2019 | 500 | $336.8135 | $168,406.7500 | | | | | | | | | |
| Purchase | Common Stock | 03/06/2019 | 100 | $320.4670 | $32,046.7000 | | | | | | | | | |
| Purchase | Common Stock | 03/22/2019 | 175 | $326.7900 | $57,188.2500 | | | | | | | | | |
| Purchase | Common Stock | 03/22/2019 | 75 | $326.9390 | $24,520.4250 | | | | | | | | | |
| Purchase | Common Stock | 03/25/2019 | 1,000 | $315.1767 | $315,176.7000 | | | | | | | | | |
| Purchase | Common Stock | 04/08/2019 | 1,000 | $279.3972 | $279,397.2000 | | | | | | | | | |
| | | Class Period Purchases | 5,350 | Total Costs | $1,760,578.2250 | | | | Class Period Sales | (1,000) | Total Proceeds | ($360,999.5000) | Matched Loss* | ($2,770.6000) |
| | | | | | | | | | Remaining Shares | 4,350 | | | Unmatched Loss** | $584,287.4034 |
| | | | | | | | | | | | | | Total Loss | $581,516.8034 |
| | | | | | | | | | | | | | Dura Loss | $584,287.4034 |

| Lax Factors | |
|---|---|
| Total Shares Purchased | 5,350 |
| Net Shares Purchased | 4,350 |
| Net Funds Expended | $1,399,578.7250 |
| Approximate LIFO Loss | $581,516.8034 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.