## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE VILLARE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ABIOMED, INC.; MICHAEL R. MINOGUE; and TODD A. TRAPP, <br><br> Defendants. | Case No. 1:19-cv-7319-ER |
| JOSEPH BARRY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ABIOMED, INC.; MICHAEL R. MINOGUE; and TODD A. TRAPP, <br><br> Defendants. | Case No. 1:19-cv-9258-ER |

### NOTICE OF JOSEPH BARRY REGARDING HIS
### MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
### PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL

On October 7, 2019, pursuant to §21(D)(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), putative Class member and Lead Plaintiff movant Joseph Barry ("Barry" or "Movant") timely filed a motion for consolidation, appointment as lead plaintiff, and approval of co-lead counsel in connection with the above-captioned securities fraud class actions. ECF No. 16. Three similar motions were filed by other putative Class members. ECF Nos. 9, 12, 20.

The PSLRA provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Barry has not asserted the "largest financial interest." However, in the event that the Court determines that other movants are incapable or inadequate to represent the Class in this litigation, Barry remains willing and able to serve as lead plaintiff or as a named class representative.

By this Notice, Barry does not waive, compromise, or relinquish his right to participate in this litigation or receive his share of any recovery to the Class.

DATED: October 21, 2019

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (TL-8888)
Rhiana L. Swartz (RS-2332)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Counsel for Lead Plaintiff Movant Joseph Barry*

**THE SCHALL LAW FIRM**
Brian Schall
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile: 310-388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant Joseph Barry*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV (TL-8888)

3