**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KYLE VILLARE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ABIOMED, INC., MICHAEL R. MINOGUE, and TODD A. TRAPP,<br><br>Defendants. | No. 1:19-cv-07319-ER<br><br>Judge Edgardo Ramos<br><br><u>CLASS ACTION</u><br><br><br><u>ORAL ARGUMENT REQUESTED</u> |
| JOSEPH BARRY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ABIOMED, INC.; MICHAEL R. MINOGUE; and TODD A. TRAPP,<br><br>Defendants. | No. 1:19-cv-09258 |

**DECLARATION OF FRANCIS P. MCCONVILLE IN FURTHER SUPPORT OF LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD <u>PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am Of Counsel at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in further support of the motion filed by Proposed Lead Plaintiff Local 705 International Brotherhood of Teamsters Pension Fund ("Local 705") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Local 705 as Lead Plaintiff on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired ABIOMED, Inc. securities between November 1, 2018 and July 31, 2019, both dates inclusive (the "Class Period"); (iii) approving Local 705's selection of Labaton Sucharow as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Press release from the Office of the Attorney General of the State of New Jersey announcing sentencing of Babak Bamdad dated August 18, 2010;

EXHIBIT B:   Press release from the Office of the Attorney General of the State of New Jersey announcing the arrest of Babak Bamdad dated October 20, 2009;

EXHIBIT C:   Consent order signed by Babak Bamdad dated June 9, 2010;

EXHIBIT D:   Press release from the Office of the Attorney General of the State of New Jersey announcing guilty plea of Babak Bamdad dated June 1, 2010; and

EXHIBIT E:   Letter to counsel for Babak Bamdad dated October 17, 2019.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  October 21, 2019                    Respectfully submitted,

                                            */s/ Francis P. McConville*

2

**LABATON SUCHAROW LLP**
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
fmcconville@labaton.com