# Exhibit D

THE STATE OF NEW JERSEY
**DEPARTMENT OF LAW & PUBLIC SAFETY**
OFFICE OF THE ATTORNEY GENERAL

**Search**

NJHome | Services A to Z | Departments/Agencies | FAQs

OAG Home
OAG Contact

OAG Services from A - Z ▼    Servicios en Español ▼

**News Release**

◄ OAG Home

Gurbir S. Grewal
Attorney General

| Contact OAG | About OAG |
| --- | --- |
| **OAG News** | OAG FAQs |
| OAG Library | Employment |
| OAG Grants | Proposed Rules |
| OAG History | Services A-Z |

Agencies / Programs / Units

**Other News Pages**

Governor's Office
Otras Noticias en Español (OAG)
Civil Rights (Division on)
Consumer Affairs (Division of)
Criminal Justice (Division of)
Election Law Enforcement Comm.
Gaming Enforcement (Div. of)
Highway Traffic Safety (Division of)
Insurance Fraud Prosecutor (Office of)
Juvenile Justice Commission
State Police (Division of NJ)
Law (Division of)

free PDF plugin

spacer

**For Immediate Release:**

June 1, 2010

**Office of The Attorney General**
- Paula T. Dow, *Attorney General*
**Division of Criminal Justice**
- Stephen J. Taylor, *Director*
**Office of the Insurance Fraud Prosecutor**
- Riza Dagli, *Acting Insurance Fraud Prosecutor*

**For Further Information:**

Media Inquiries-
609-292-4791
Citizen Inquiries-
609-292-4925

## Hoboken Pharmacist Pleads Guilty to Medicaid Fraud

TRENTON Attorney General Paula T. Dow and Division of Criminal Justice Director Stephen J. Taylor announced that a Hoboken pharmacist pleaded guilty today for his role in a scheme to defraud the Medicaid program.

According to Acting Insurance Fraud Prosecutor Riza Dagli, Babak Bamdad, 42, of Hoboken, pleaded guilty to a criminal accusation charging him with third-degree Medicaid fraud before Superior Court Judge Kevin G. Callahan in Hudson County.

Judge Callahan scheduled sentencing for July 28. Third-degree crimes carry a maximum sentence of five years in state prison and a criminal fine of up to $10,000. Deputy Attorney General Debra A. Conrad represented the state at the guilty plea hearing.

In pleading guilty, Bamdad, a pharmacist in charge at Tucker Drugs, 1000 Washington St., Hoboken, admitted that between Jan. 1 and Oct. 9, 2009, he submitted claims to the Medicaid program for prescription drugs allegedly dispensed to Medicaid beneficiaries, even though the prescription drugs were never dispensed. The claims were subsequently paid out by the Medicaid program.

The investigation by the Medicaid Fraud Control Unit of the Office of the Insurance Fraud Prosecutor revealed that Bamdad accepted fictitious prescriptions for Prevacid, Advair and Singulair from undercover Detectives as payment for narcotic prescription drugs. Bamdad then billed and was paid by Medicaid for the Prevacid, Advair and Singulair even though the prescriptions were not filled or dispensed.

Today's plea resulted from an ongoing investigation by the Office of the Insurance Fraud Prosecutor's Medicaid Fraud Control Unit and the Jersey City Police Department's Special Investigation Unit.

Since October 2009, more than 32 people, including doctors and pharmacists, have been arrested in the joint investigation, which uncovered a major criminal narcotics network based in Hudson County that distributed thousands of black market prescription pain pills such as OxyContin and Percocet. The network was obtaining fraudulent narcotics prescriptions and filling them at various pharmacies. At the same time, Medicaid was being billed for phony doctor visits and prescription medicines that were never dispensed.

The network allegedly distributed the prescription pain pills throughout Hudson County and other parts of the state, including Bergen, Ocean, Morris and Monmouth counties. A single 30 milligram OxyContin pill, known as a "blue," typically sells for $10 to $20 on the street, while a 10 milligram Percocet pill sells for $5 to $8.

Detective Kevin Gannon, Sgt. Frederick Weidman and Deputy Attorneys General Conrad and Cynthia Vasquez were assigned to the investigation.

They were assisted by the following members of the Jersey City Police Department's Special Investigation Unit under the supervision of Chief Thomas Comey: Capt. Gary Lallo, Sgt. Anthony Musante, Sgt. Wally Wolf, Detective Wael Shahid, Detective Jeff Guilfoyle, Detective Vincent Disbrow, Detective Hector Marrero, Police Officer Alex Torres, Police Officer Chris Dolan, and Police Officer Erik Infantes.

Acting Insurance Fraud Prosecutor Dagli noted that some important cases have started with anonymous tips. People who are concerned about insurance cheating and have information about a fraud can report it anonymously by calling the toll-free hotline **1-877-55-FRAUD** or visiting the Web site www.njinsurancefraud.org. State regulations permit an award to be paid to an eligible person who provides information that leads to an arrest, prosecution and conviction for insurance fraud.

The Office of Insurance Fraud Prosecutor was established by the Automobile Insurance Cost Reduction Act of 1998. The office is the centralized state agency that investigates and prosecutes both civil and criminal insurance fraud, as well as Medicaid fraud.

###

News Index Page I top

**Contact Us | Privacy Notice | Legal Statement | Accessibility Statement**

Departmental: OAG Home | Contact OAG | About OAG | OAG News | OAG FAQs
Statewide: NJ Home | Services A to Z | Departments/Agencies | FAQs
Copyright © State of New Jersey
This page is maintained by OAG Communications. Comments/Questions: email or call 609-292-4925