# Exhibit E

# Labaton
# Sucharow

212 907 0650  direct
212 907 0700  main
212 883 7550  fax
fmcconville@labaton.com

New York Office
140 Broadway
New York, NY 10005

October 17, 2019

**VIA EMAIL**

Richard W. Gonnello
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
rgonnello@faruqilaw.com

Re:     *Villare v. ABIOMED, Inc.*, No. 19-cv-07319 (S.D.N.Y.)

Dear Richard:

We are counsel for Local 705 International Brotherhood of Teamsters Pension Plan in the above-referenced action (Dkt. No. 12), and write to request additional information regarding the lead plaintiff motion filed by your client Babak Bamdad ("Bamdad") (Dkt. No. 20).

Specifically, we write to inquire whether Bambad is the same individual who, on June 1, 2010, pled guilty to third degree Medicaid fraud in violation of N.J. STAT. ANN. § 30:4D-17(b). *See* Consent Order attached hereto. The Consent Order indicates that an individual sharing Bambad's name was arrested for said fraud on October 20, 2009. According to a press release from the Office of the Attorney General of the State of New Jersey, the arrest was in connection to the illegal distribution of opioids, which were acquired by defrauding Medicaid.[1]

We ask that you comply with our limited request in writing by no later than October 18, 2019. If you would like to meet and confer concerning our questions, we would be happy to arrange for a conference call at a mutually convenient time. Thank you in advance for your anticipated cooperation.

Respectfully submitted,

Francis P. McConville

Enclosure (1)

---

[1]     *See Doctors and Pharmacists Arrested in Takedown of Hudson County Crime Network Dealing in Prescription Pain Pills,* DEP'T OF L. & PUB. SAFETY, OFFICE OF THE ATT'Y GEN. (Oct. 20, 2009), https://www.nj.gov/oag/newsreleases09/pr2 0091020b.html.

PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
Division of Law – 5th Floor
124 Halsey Street
P.O. Box 45029
Newark, New Jersey 07101
Attorney for the Board of Pharmacy

**FILED**

**JUN 0 9 2010**

**BOARD OF PHARMACY**

By:    Bindi Merchant
       Deputy Attorney General
       Tel. No. (973) 648-7457

STATE OF NEW JERSEY
DEPARTMENT OF LAW & PUBLIC SAFETY
DIVISION OF CONSUMER AFFAIRS
STATE BOARD OF PHARMACY

IN THE MATTER OF THE SUSPENSION
OR REVOCATION OF THE LICENSE OF

**CONSENT ORDER**

**Babak Bamdad, R.P.**
License No.: 28RI02778300

TO PRACTICE PHARMACY IN THE
STATE OF NEW JERSEY

This matter was opened to the New Jersey State Board of Pharmacy ("Board") upon receipt of information that Babak Bamdad, RP ("Respondent") was arrested on October 20, 2009, on one count of Health Care Claims Fraud (2nd degree); and one count of Medicaid Fraud (3rd Degree), in violation of N.J.S.A. 2C:21-4.3 and N.J.S.A. 30:4D-17, based on conduct related to his employment as a pharmacist-in-charge and permit holder (Permit Number 28RS00497700) at Tucker Drugs in Hoboken, New Jersey. Respondent has represented that he sold Tucker Drugs on November 23, 2009.

On _6-1-10_, Respondent pled guilty to third degree Medicaid fraud, in violation of N.J.S.A. 30:4D-17(b).

The above conviction provides grounds for discipline, including the revocation or suspension of respondent's license to practice pharmacy in the State of New Jersey pursuant to N.J.S.A. 45:1-21(b) in that he has engaged in the use or employment of dishonesty, fraud, deception, misrepresentation, false promise or false pretense; N.J.S.A. 45:1-21 (e) in that he has engaged in professional or occupational misconduct; and N.J.S.A. 45:1-21 (f) in that the crimes of which respondent was convicted are crimes of moral turpitude and/or relate adversely to the practice of pharmacy.

The Board, being satisfied that entry of the within Order is adequately protective of the public health, safety and welfare and being satisfied that good cause exists for the entry of the within Order,

IT IS, therefore on this _____9th_____ day of ___JUNE___ , 2010

**ORDERED THAT:**

1.    Respondent's license to practice pharmacy in the State of New Jersey be and hereby is suspended for a minimum period of 30 months. This period of active suspension shall begin effective the date Respondent enters into his criminal plea.

2.    Upon commencement of active suspension, Respondent shall cease and desist from engaging in the practice of pharmacy, which includes, but is not limited to the following: respondent shall not handle, order, inventory, compound, count, fill, refill or dispense any drug; he shall not handle anything requiring a prescription, including devices and medications; he shall not handle prescriptions; he shall not advise or consult with patients; he shall not be involved in any financial matters or management of a pharmacy, and he is prohibited from being present within any area of a pharmacy.

3.    Respondent shall surrender his original wall certificate, his wallet certificate, and

the most recent renewal card of his license to the Executive Director of the board immediately upon the entry of this Order by mailing same to Joanne Boyer, Executive Director, Board of Pharmacy, P.O., Box 45013, Newark, New Jersey 07101.

4.      Prior to reinstatement of Respondent's license to practice pharmacy, Respondent shall appear before the Board, to demonstrate his compliance with the terms of his criminal sentence, and the Board, in its discretion, may impose any conditions or restrictions on licensure it deems necessary to protect the public health, safety and welfare.

NEW JERSEY STATE BOARD OF PHARMACY

By: _____
Edward G. McGinley, R.P.
Board President

I have read the within Order, understand and agree to its terms and agree to be bound by them. I consent to the entry of this Order.

_____
Babak Bamdad, R.P.

Consent as to form and entry:

_____
Pamela Mandel, Esq.
Attorney for Respondent