**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KYLE VILLARE, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ABIOMED, INC., MICHAEL R. MINOGUE, and TODD A. TRAPP, <br><br> Defendants. | No. 1:19-cv-07319-ER <br><br> Judge Edgardo Ramos <br><br> <u>CLASS ACTION</u> <br><br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| JOSEPH BARRY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ABIOMED, INC.; MICHAEL R. MINOGUE; and TODD A. TRAPP, <br><br> Defendants. | No. 1:19-cv-09258-ER |

**DECLARATION OF FRANCIS P. MCCONVILLE IN FURTHER SUPPORT OF LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am Of Counsel at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class.  I submit this declaration in further support of the motion filed by Proposed Lead Plaintiff Local 705 International Brotherhood of Teamsters Pension Fund ("Local 705") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Local 705 as Lead Plaintiff on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired ABIOMED, Inc. securities between November 1, 2018 and July 31, 2019, both dates inclusive (the "Class Period"); (iii) approving Local 705's selection of Labaton Sucharow as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A and B are true and correct copies of the following documents:

EXHIBIT A:   Consent order granting reinstatement of license dated February 16, 2016; and

EXHIBIT B:   Signed Supplemental Certification of Local 705, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  October 28, 2019                 Respectfully submitted,

                                         */s/ Francis P. McConville*

                                         **LABATON SUCHAROW LLP**
                                         Francis P. McConville
                                         140 Broadway
                                         New York, New York 10005
                                         Telephone: (212) 907-0700
                                         Facsimile:  (212) 818-0477

fmcconville@labaton.com