

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE VILLARE, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ABIOMED, INC., MICHAEL R. MINOGUE, and TODD A. TRAPP,<br><br>Defendants. | No. 1:19-cv-07319-ER<br><br>**DECLARATION OF BABAK BAMDAD IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |



I, Babak Bamdad, declare as follows:

1.    I respectfully submit this declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned action (the "Action") and approval of my selection of Faruqi & Faruqi, LLP as Lead Counsel. I have personal knowledge of the statements herein, and if called as a witness, could and would competently testify thereto.

2.    It is my understanding that one of the movants seeking appointment as Lead Plaintiff in this Action has challenged my adequacy to serve as Lead Plaintiff due to the fact that I pled guilty to a charge of third degree Medicaid fraud in 2010 related to my conduct as a pharmacist in New Jersey, and entered into a Consent Order with the New Jersey State Board of Pharmacy which temporarily suspended my license to practice pharmacy. My license has since been reinstated.

3.    My past conduct in no way impacts my ability or willingness to represent the class as Lead Plaintiff in this litigation. I deeply regret what happened and have since rebuilt my life and career. For the past several years, I have been a co-owner and a pharmacist at Colony Pharmacy in Great Neck, New York.

4.    I am aware that if I am appointed Lead Plaintiff, I will have a fiduciary responsibility to the absent class members and cannot put my personal interests ahead of the class's interests. Indeed, I previously certified that I am only entitled to my pro rata share of any recovery.

5.    I understand that my duties as Lead Plaintiff will include, but are not limited to:

- Providing fair and adequate representation to the class;
- Communicating with counsel and remaining fully informed about the litigation;

1

- Actively overseeing and directing counsel by reviewing and discussing proposed litigation strategies and court filings with counsel;

- Producing documents in response to discovery requests, answering interrogatories, and sitting for depositions; and

- Acting in the best interest of the class as a whole.

6.    I have every intention of fulfilling these duties if I am appointed Lead Plaintiff. Although I realize that the other movant has raised concerns about my past, I can assure the Court that I will conduct myself with honesty and integrity.

7.    I lost over half a million dollars on my investments in ABIOMED, Inc. securities. This is a substantial loss, and I am highly motivated and completely committed to making sure that I and other similarly harmed investors achieve the maximum possible recovery for our losses.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 25 day of October, 2019.

_____
Babak Bamdad