**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KYLE VILLARE, Individually, and On Behalf of All Others Similarly Situated, | No. 1:19-cv-07319-ER |
| Plaintiff, | **DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF BABAK BAMDAD'S REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL** |
| v. | |
| ABIOMED, INC., MICHAEL R. MINOGUE, and TODD A. TRAPP, | |
| Defendants. | |

I, Richard W. Gonnello, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of Babak Bamdad's request for judicial notice in connection with his motion for appointment as Lead Plaintiff and approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the putative Class.

2.    Attached as Exhibit A is a true and correct copy of the Order Granting Expungement issued by the Superior Court of New Jersey, Law Division: Hudson County, dated October 22, 2019, with redactions made pursuant to the Southern District of New York's Electronic Case Filing Rule 21.3 and Fed. R. Civ. P. 5.2(a).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of October, 2019 at New York, NY.

/s/ Richard W. Gonnello
Richard W. Gonnello

1