# EXHIBIT A

WHIPPLE AZZARELLO, LLC
William J. Munoz, Esq. (I.D. 141632014)
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
(973) 267-7300
Attorneys for Petitioner

**RECEIVED**

AUG 12 2019

FILED
OCT 22 2019
JOHN A. YOUNG, JR., J.S.C.
JOHN A. YOUNG, JR., J.S.C.

|  |  |
|---|---|
| IN THE MATTER OF THE<br>EXPUNGEMENT OF THE<br>CRIMINAL RECORDS<br>OF BABAK BAMDAD | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: HUDSON COUNTY<br>DOCKET NO.: Exp. 887-18<br><br>**ORDER GRANTING EXPUNGEMENT** |

**THIS MATTER** being opened to the Court upon Amended Verified Petition and

Certification by Whipple Azzarello, LLC, attorneys for Petitioner Babak Bamdad, whose date of

birth is ███████ and it appearing that the requirements for Expungement under *N.J.S.A.*

2C:52-1, et seq., have been satisfied:

IT IS on this ___22___ day of ___October___, 20_19___:

**ORDERED** that

The Attorney General of New Jersey

The Superintendent of the New Jersey State Police, Expungement Unit

The Prosecutor of Hudson County

The Chief of the Jersey City Police Department

The Chief of the Hudson County Probation Department

The Warden of the Hudson County Jail

The Hudson County Sheriff

The Division of Criminal Justice, Records and Identification Unit

remove from their records all information relating to:

Babak Bamdad's October 20, 2009 arrest on Complaint No. W-2009-378218-0905, charging one (1) count of Third Degree Willfully Obtaining Medical Assistance Payments in violation of N.J.S.A. § 30:4D-17(a), and subsequent guilty plea to Accusation No. 10-06-00475-A charging (1) count of Third Degree Willfully Obtaining Medical Assistance Payments in violation of N.J.S.A. § 30:4D-17(a);

and remove all records concerning the subsequent criminal and/or juvenile proceedings regarding such charge(s), including any conviction(s), adjudication(s) of delinquency or disposition(s), if applicable, and place such information in the control of a person within the office designated to retain control over expunged records.

**IT IS FURTHER ORDERED** that any of the above officers or agencies which sent fingerprints and/or any records of the above arrest/conviction/adjudication/disposition and proceedings to the Federal Bureau of Investigation or any other office or agency shall notify same of this Order and that the agencies designated to retain such records take sufficient precautions to insure that such records and information are not released.

**IT IS FURTHER ORDERED** that any records, or the information therein, shall not be released except as provided under the provision of *N.J.S.A.* 2C:52-1, *et seq.* and that the persons designated to retain control over expunged records take sufficient precautions to insure that such records and information are not released.

**IT IS FURTHER ORDERED** that in response to requests for information or records, the court office or law enforcement agency shall reply with respect to the arrest/conviction/adjudication/disposition, which is the subject of this Order, that there is no record.

**IT IS FURTHER ORDERED** that the arrest/conviction/adjudication/disposition, which is the subject of this Order, shall be deemed, in contemplation of law, not to have occurred, and

the Petitioner may answer accordingly any question relating to this occurrence except as provided in *N.J.S.A.* 2C:52-27.

**IT IS FURTHER ORDERED** this this Order does not expunge the records contained in the Controlled Dangerous Substance Registry created pursuant to *P.L.* 1970, c. 227 (C.26:2G-17 *et seq.*) or the registry created by the Administrative Office of the Courts pursuant to *N.J.S.A.* 2C:43-21.

_____, J.S.C.

JOHN A. YOUNG, JR., J.S.C.

The State hereby consents to the form and entry of this Order.

ESTHER SUAREZ
Prosecutor of Hudson County
0231611997

By: _____
    LILLIAN KAYED
    Assistant prosecutor
    067942013