**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KYLE VILLARE, Individually, and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ABIOMED, INC., MICHAEL R. MINOGUE, and TODD A. TRAPP,<br><br>        Defendants. | No. 1:19-cv-07319-ER<br><br>**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF BABAK BAMDAD'S JUDICIAL NOTICE REQUEST IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF** |
| JOSEPH BARRY, Individually, and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ABIOMED, INC., MICHAEL R. MINOGUE, and TODD A. TRAPP,<br><br>        Defendants. | No. 1:19-cv-09258-ER |

I, Richard W. Gonnello, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of Babak Bamdad's request for judicial notice in further support of his motion for appointment as Lead Plaintiff.

2.      Attached as Exhibit A is a true and correct copy of the brief filed by Labaton Sucharow LLP in *Cohen v. Luckin Coffee, et al.*, No. 1:20-cv-01293-LJL (S.D.N.Y.), ECF No. 107, with the relevant portions highlighted for the Court's convenience.  The brief was obtained via the court's CM/ECF system.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of May 2020 at Greenburgh, New York.

*/s/ Richard W. Gonnello*
Richard W. Gonnello

1