# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 24, 2021

Via ECF

Hon. Edgardo Ramos
    United States District Judge
        United States District Court for the Southern District of New York
            Thurgood Marshall United States Courthouse
            40 Foley Square
            New York, NY 10007

        Re:    <u>Villare v. Abiomed, Inc., et al.</u>, No. 1:19-cv-07319-ER

Dear Judge Ramos:

        On behalf of Defendants in the above-referenced action, I write in accordance with the Court's Individual Practices to request oral argument on Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint (ECF No. 56) (the Motion to Dismiss").

        The Court's Individual Practices provide that "[p]arties may request oral argument by letter at the time their moving, opposing or reply papers are filed. The Court will determine whether argument will be heard and, if so, will advise counsel of the date and time."  Defendants respectfully submit that oral argument will aid the Court in resolving the issues raised in the Motion to Dismiss.

        Plaintiff submitted a request for oral argument at the time of their Opposition to the Motion to Dismiss (ECF No. 62).

        Respectfully submitted,

        <u>/s/ John L. Hardiman</u>

        John L. Hardiman

cc: All Counsel of Record (via ECF)