## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE VILLARE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ABIOMED, INC., MICHAEL R. MINOGUE, and TODD A. TRAPP,<br><br>Defendants. | No. 1:19-cv-07319-ER |

## JOINT STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE

Lead Plaintiff Local 705 International Brotherhood of Teamsters Pension Fund ("Local 705" or "Lead Plaintiff"), by and through its counsel, and Defendants Abiomed, Inc., Michael R. Minogue, and Todd A. Trapp (collectively, "Defendants"), by and through their counsel, stipulate as follows:

**WHEREAS**, on August 6, 2019, Plaintiff Kyle Villare ("Villare") filed his class action complaint against Defendants for violations of the federal securities laws in the above-captioned docket, No. 1:19-cv-07319-ER (ECF No. 1) (the "*Villare* Action").

**WHEREAS**, on October 7, 2019, Plaintiff Joseph Barry ("Barry") filed his class action complaint against Defendants for violations of the federal securities laws in *Barry v. Abiomed, Inc.*, No. 1:19-cv-09258-ER (ECF No. 1) (the "*Barry* Action").

**WHEREAS**, on June 29, 2020, the Court issued an Order: (i) consolidating the *Barry* Action and the *Villare* Action, (ii) naming Local 705 as Lead Plaintiff, and (iii) appointing Labaton Sucharow LLP as Lead Counsel for the Class (ECF No. 46). The Court also ordered that

all subsequent filings be filed to the above-captioned docket, No. 1:19-cv-07319-ER, with the same caption as the *Villare* Action. *Id.*

**WHEREAS**, on September 17, 2020, Lead Plaintiff, individually and on behalf of all others similarly situated, filed the Amended Consolidated Class Action Complaint against Defendants (ECF No. 52).

**WHEREAS**, on September 21, 2021, the Court granted Defendants' motion to dismiss the Amended Consolidated Class Action Complaint, and gave Lead Plaintiff until October 12, 2021, to file a motion for leave to amend (ECF No. 67).

**WHEREAS**, Lead Plaintiff has decided not to move for leave to amend the Amended Consolidated Class Action Complaint and to seek dismissal of the litigation with prejudice.

**WHEREAS**, Lead Plaintiff agrees not to appeal the Dismissal Order.

**WHEREAS**, no consideration has been given, offered, or promised to Lead Plaintiff or Lead Counsel in connection with this dismissal.

**THEREFORE,** the Parties, by and through their counsel, hereby agree as follows:

a. The above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each Party to bear its own attorneys' fees and costs.

b. Pursuant to the Private Securities Litigation Reform Act, each Party and each attorney representing any Party has complied with the requirements of Rule 11(b) of the Federal Rules of Civil Procedure as to all complaints, responsive pleadings, and dispositive motions. 15 U.S.C. § 78u-4(c)(1).

In connection with this stipulated dismissal, the Parties respectfully request that all dates set in this matter be vacated and taken off the Court's calendar.

**IT IS SO STIPULATED.**

Dated: October 12, 2021

_____
Carol C. Villegas
Christine M. Fox
Ross Kamhi
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477
cvillegas@labaton.com
cfox@labaton.com
rkamhi@labaton.com

*Attorneys for Lead Plaintiff Local 705
International Brotherhood of Teamsters
Pension Fund and Lead Counsel for the Class*

_____
John L. Hardiman
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
hardimanj@sullcrom.com
deleeuwm@sullcrom.com

*Attorneys for Defendants Abiomed, Inc.,
Michael R. Minogue, and Todd A. Trapp*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: October 12, 2021
      New York, New York

_____
Hon. Edgardo Ramos, U.S.D.J.